No. 87–280.   PLUMMER v. LEDERLE LABORATORIES, A DIVISION OF AMERICAN CYANAMID CO.   C. A. 2d Cir.   Certiorari denied.

No. 87–287.   REED v. KARPER.   Super. Ct. Pa.   Certiorari denied.

No. 87–293.   GAINES ET AL. v. WILLIAMS.   C. A. 5th Cir.   Certiorari denied.

No. 87–296.   JONES, SUPERINTENDENT, MISSOURI TRAINING CENTER FOR MEN v. GARRETT.   C. A. 8th Cir.   Certiorari denied.

No. 87–298.   SIMPSON v. UNITED STATES; and
No. 87–5366.   ANDERSON v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 87–300.   CAREY CANADA, INC. v. HINELY ET AL.   Sup. Ct. Ga.   Certiorari denied.

No. 87–304.   LEIGHTON v. BEATRICE COS., INC., ET AL.   Sup. Ct. Del.   Certiorari denied.

No. 87–308.   TRUSTEES OF THE OFFICE OF HAWAIIAN AFFAIRS v. YAMASAKI, DIRECTOR, DEPARTMENT OF TRANSPORTATION OF HAWAII, ET AL.   Sup. Ct. Haw.   Certiorari denied.

No. 87–311.   UNIMILLS B. V. ET AL. v. STATISTIX SHIPPING, N. V., ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 87–337.   AMARIS v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 87–350.   CIANCAGLINI v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 87–355.   MCMILLAN v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 87–356.   COLLEY v. NATIONAL BANK OF TEXAS ET AL.   C. A. 5th Cir.   Certiorari denied.